EDWARD K. REAM, Appellant, *v.* ROBERT C. REAM et al., Individually and as Trustees under a Declaration of Trust Made by CAROLINE P. REAM, et al., Respondents, Impleaded with Another.

Submitted September 25, 1939; decided October 3, 1939.

*William H. Crawford* and *Milton Rosenblum* for motion. *Carl Sherman* opposed.

Motion denied on the ground an appeal lies as of right.

ABRAHAM GLASNER, Doing Business as NORTH AMERICAN HOUSE AND WINDOW CLEANING COMPANY, Appellant, *v.* REGINA N. BRESSLER, Individually and Doing Business as AMERICAN WINDOW CLEANING COMPANY and as Administratrix of the Estate of SIMON A. BRESSLER, Deceased, Respondent.

Submitted September 25, 1939; decided October 3, 1939.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 281 N. Y. 218.)